Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 2 0 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of

Division

Judy Carrillo
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Arizona State University
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. **CV25-03022-PHX-DMF**
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Judy Carrillo |
| Street Address | 4992 W Warren DR |
| City and County | Casa Grande |
| State and Zip Code | Arizona 85194 |
| Telephone Number | (520) 517-7459 |
| E-mail Address | third att3mpt @ hotmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: Arizona State University
    Job or Title (if known):
    Street Address: 1151 S Forest Av
    City and County: Tempe
    State and Zip Code: Arizona 85281
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2
    Name: University of Arizona
    Job or Title (if known):
    Street Address: 1200 E University Blvd
    City and County: Tucson
    State and Zip Code: Arizona 85721
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name: Northern Arizona University
    Job or Title (if known):
    Street Address: 800 E Butler Av
    City and County: Flagstaff
    State and Zip Code: Arizona 86011
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name: Grand Canyon University
    Job or Title (if known):
    Street Address: 3300 W Camelback Rd
    City and County: Phoenix
    State and Zip Code: Arizona 85017
    Telephone Number:
    E-mail Address (if known):

Defendant No 5
Central Arizona College
8470 N Overfield Rd
Coolidge
Arizona 85128

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Water Law, Energy Law, Tribal Recognition Act 1934, Contract Law, Treaty Law, Sovereignty Law, Highway Act of 1956, Social Security Act 1935, Higher Education Act of 1965, 1st Amendment of the Constitution, 4th Amendment of the Constitution, 14th Amendment of the Constitution, 8th Amendment of the Constitution, International Human Rights violations, Environmental Protection Act, Slavery Law, Human Trafficking

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy    75 Trillion dollars

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

to not include money owed.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Lawsuit is for an entire life of Identity Theft, Insurance fraud, defrauding on Insurance process, money laundering, embezzlement, fraud with Identification documents, forgeries, contract fraud, breach of contracts, Interference of contracts, fraudulent legal representation, burglaries, unlawful search of phones/property, conspiracy to hate crimes, financial institution fraud and conspiracy, hacking devices + cyberintrusions into mobile phones or network ongoing for years to monetize stolen information, conspiracy to defraud in Insurance process with others, home break ins

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I request 75 Trillion in Reparations payments until I am completely paid off in full to not include, money that was never paid to me.

# Insurance Companies Lawsuit

Lawsuit is for conspiracy to kidnappings, murders, murder for hires, conspiracy to theft of Identification documents, conspiracy to wire fraud, conspiracy to mail fraud, conspiracy to fraud w/ access devices, conspiracy to public corruption and bribery schemes, conspiracy to human trafficking and slavery, conspiracy to the sales of securities and cryptocurrency, conspiracy to 1st Amendment violations, conspiracy to 4th amendment violations to include technology and cyber, conspiracy to violate the 7th amendment trial by jury in State and Federal courts, conspiracy to human rights violations, conspiracy to violations of due process, conspiracy to fraudulent claim indigenous ancestry with others for financial benefit or advantage, conspiracy to land contamination, conspiracy to air pollution to include but not exclude aircraft, conspiracy to underground water contamination by city of Casa Grande government officials, conspiracy to public health contamination, conspiracy to criminal exploitation, conspiracy to property crimes, conspiracy to tax crimes and lowered property values, conspiracy to Arson crimes for profit, conspiracy to healthcare fraud, conspiracy to elder abuse, conspiracy to neglect and exploitation of individuals for profit, conspiracy to staged car accidents, conspiracy to public health safety and wreckless drivers in exchange for drug diversions circa 2022 and fraudulent auto accident claims circa 2023 for profit multijurisdictional, conspiracy to boundary land and boundary disputes that result in injury, losses, conspiracy to crop Insurance fraud and losses for profit, fraud in research, conspiracy to research fraud/misconduct. Fraud in Research includes: falsification, ethics violations, reckless misrepresentation, the concealment of facts, fraud in Inducement of contracts, public health safety, deceit. Lawsuit is for forgeries and conspiracy to forgeries, fraudulent legal representation. Lawsuit is for fraudulent legal representation to include: financial statement fraud, contractual fraud, misappropriation of assets and inventory, forged invoices and receipts, payroll fraud, false expenses, concealed checks, taking cash without permission or recording it, self dealing with transactions. Lawsuit also includes the following and or conspiracy to banking crimes, false statements, embezzlement of funds, check fraud, mortgage fraud, credit card fraud. Lawsuit is for the following and conspiracy to Business loan fraud, manipulating documents for financial gain, Investment fraud, bribery and corruption, Insider trading, Computer Crimes, Data Theft and Espionage, Network attacks, child exploitation, malware attacks, documents fraud

Wage Theft, Influence peddling, Public corruption and bribery, Kickbacks, patronage, officials misconduct, government fraud, financial disclosure violations, Academic dishonesty, labor trafficking, Inflated claims, contractor fraud, property flipping fraud, fraudulent claims w/ stolen info, title fraud, fraudulent conduct or statements, overvaluing or under valuing of land, Energy fraud, utilities fraud, loss of business opportunities, reputational damages and interference with State courts and U.S Federal courthouses.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/18/25

Signature of Plaintiff
Printed Name of Plaintiff   Judy Camillo

### B. For Attorneys

Date of signing:   N/A

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Page 5 of 5